**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

October 4, 2012

No. **11-2605**


MERRILL LYNCH PIERCE FENNER & SMITH INCORPORATED,
Appellant

v.

CHERYL SCHWARZWAELDER

(W.D. Pa. Nos. 2-11-cv-00107 and No. 2-11-cv-00162)


Present:  SLOVITER and VANASKIE, <u>Circuit Judges</u>

1. Appellee's Petition for Reconstitution of Panel or, Alternatively, for Rehearing by the Panel.

2. Appellant's Answer to the Petition for Rehearing


Respectfully,
Clerk

_____**ORDER**_____
The foregoing petition for panel rehearing and reconstitution of the panel is granted.  Oral argument will be scheduled at the convenience of the panel.


By the Court,

<u>s/ Thomas I. Vanaskie</u>
Circuit Judge


Dated:   October 16, 2012

Tnh/cc:      Joseph H. Chivers, III, Esq.
             Patricia A. Tsipras, Esq.
             Lauren D. Rushak, Esq.
             Michael J. Fortunato, Esq.